UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| MICHAL RUTKOWSKI, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 2:23-CV-445-JVB-APR |
| | ) |
| FRANCISCAN ACO, INC., FRANCISCAN HEALTH HAMMOND, and FRANCISCAN HEALTH MUNSTER, | ) |
| Defendants. | ) |

# ORDER

Plaintiff Michal Rutkowski, litigating without a lawyer, filed a complaint on December 14, 2023. On January 24, 2023, the Court screened the complaint for subject matter jurisdiction and found that Rutkowski had not met the burden of demonstrating that the Court has jurisdiction to hear the claims presented in the complaint. Accordingly, the Court issued an order directing Rutkowski to file an amended complaint on or before February 29, 2024, and stating that failure to file the amended pleading as directed would lead to dismissal of the lawsuit. The deadline has passed without the filing of an amended complaint.

Therefore, the Court hereby **DISMISSES without prejudice for lack of subject matter jurisdiction** this cause of action.

SO ORDERED on March 6, 2024.

s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN, JUDGE
UNITED STATES DISTRICT COURT