# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MICHAL RUTKOWSKI

        Plaintiff

  v.

                                          Civil Action No.  2:23-cv-445

FRANCISCAN ACO, INC.

FRANCISCAN HEALTH, *Hammond*

FRANCISCAN HEALTH, *Munster*

        Defendants

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other: <u>This case is DISMISSED without prejudice for lack of subject matter jurisdiction this cause of action.</u>

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Joseph S. Van Bokkelen

DATE: 3/7/2024                                         CHANDA J. BERTA, CLERK OF COURT

                                                                            by   s/ S. Jarrell
                                                                            *Signature of Clerk or Deputy Clerk*